# EXHIBIT B



HOME   GETTING HERE   MAP   BUSINESS DIRECTORY   EVENTS   HISTORY

CONTACT   NEWS & PRESS   RAILROAD SQUARE ASSOCIATION



## STAR GUITARS MUSIC STORE

**109 3RD STREET**
(707) 978-4125
WEBSITE

**HOURS:**
MON 1:30 - 7:00
TUES - SAT 11:00 - 7:00
SUN 11:00 - 5:00

Huge selection of new and used guitars and basses, pedals, amplifiers, strings, local band merchandise, music books, and accessories. Guitar and bass repair. Setup experts

## SUBSCRIBE

Sign up with your email address to receive news and updates.

**First Name ***  **Last Name ***  **Email ***

Sign Up