UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| LISA JOHNSON, | Case No. 19-CV-05859-LHK |
|---|---|
| Plaintiff, | **ORDER DENYING APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE WITHOUT PREJUDICE** |
| v. | |
| HISTORIC RAILROAD SQUARE ASSOCIATION, | Re: Dkt. No. 7 |
| Defendant. | |

On October 2, 2019, Plaintiff's counsel filed an application for admission of attorney pro hac vice. ECF No. 7. The Court DENIES without prejudice Plaintiff's counsel's application for admission of attorney pro hac vice. Plaintiff's counsel filed the application for admission of attorney pro hac vice on October 2, 2019, but dated his declaration on October 3, 2019. Additionally, the Court notes that Plaintiff's counsel incorrectly named Defendant in the application for admission of attorney pro hac vice.

**IT IS SO ORDERED.**

Dated: October 21, 2019

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

1
Case No. 19-CV-05859-LHK
ORDER DENYING APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE WITHOUT PREJUDICE