UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LISA JOHNSON,<br><br>         Plaintiff,<br><br>    v.<br><br>HISTORIC RAILROAD SQUARE ASSOCIATION,<br><br>         Defendant. | Case No. 19-CV-05859-LHK<br><br>**ORDER TO FILE JOINT CASE MANAGEMENT STATEMENT** |

The parties have failed to file a Joint Case Management Statement 7 days in advance of the Case Management Conference set for December 18, 2019 at 2:00 p.m. *See* Civ. L.R. 16-10(d). The Court hereby ORDERS the parties to file their Joint Case Management Statement by Friday, December 13, 2019 at 12:00 p.m.

**IT IS SO ORDERED.**

Dated: December 12, 2019

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

1

Case No. 19-CV-05859-LHK
ORDER TO FILE JOINT CASE MANAGEMENT STATEMENT