UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA JOHNSON,<br><br>                              Plaintiff,<br><br>  - against -<br><br>HISTORIC RAILROAD SQUARE ASSOCIATION<br><br>                              Defendant. | Docket No. 5:19-cv-5859<br><br>**NOTICE OF SETTLEMENT AND DISMISSAL OF CIVIL ACTION WITH PREJUDICE** |

      IT IS HEREBY NOTICED, that the above case has been settled and should be dismissed with prejudice pursuant to which each side to bear their own costs and attorney's fees.

/s/Richard Liebowitz
Richard Liebowitz
Liebowitz Law Firm, PLLC
11 Sunrise Plaza, Suite 305
Valley Stream, NY 11580
Tel: (516) 233-1660
RL@LiebowitzLawFirm.com

Dated: December 12, 2019

*Attorneys for Plaintiff Lisa Johnson*

_____